# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| Jamie Letitia Cooper ) | |
| ) | CASE NO. 16-62033-LRC |
| DEBTOR ) | |
| ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Melissa J. Davey, Standing Chapter 13 Bankruptcy Trustee, files this Notice that she is remitting the amount of $903.66 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of Jamie Letitia Cooper. These funds are being remitted to the Registry because the aforementioned party has not claimed the funds.

Dated: 12/29/2020

Respectfully submitted,
/s/
_____
Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| Jamie Letitia Cooper | ) |
| | ) CASE NO. 16-62033-LRC |
| DEBTOR | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Notice of Deposit of Unclaimed Funds using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Angela Little Hamilton    angelalham@yahoo.com,
HamiltonAR91835@notify.bestcase.com;berniceagriffin@gmail.com
Philip L. Rubin    prubin@lrglaw.com, LPorter@lrglaw.com

I further certify that on this day I caused a copy of these documents to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
Jamie Letitia Cooper
1123 Lakeview Way
Jonesboro, GA  30238

Dated: December 29, 2020.

Respectfully submitted,
/s/
Melissa J. Davey
Standing Chapter 13 Trustee
Georgia Bar No. 206310
260 Peachtree Street, NW Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com